No. 74. Louis Stewart, Plaintiff in Error, *v.* The State of Louisiana. In error to the Supreme Court of the State of Louisiana. Submitted December 16, 1907. Decided December 23, 1907. *Per Curiam.* Writ of error dismissed for the want of jurisdiction. *Jacobi v. Alabama,* 187 U. S. 133, 386; *Railway Company v. McGuire,* 196 U. S. 128; *Cox v. Texas,* 202 U. S. 446; *West v. Louisiana,* 194 U. S. 258; *Chapin v. Fye,* 179 U. S. 127; *Louisiana v. Deffele,* 44 La. Ann. 581, and cases cited; *Louisiana v. Hennessy,* 44 La. Ann. 805. *Mr. Murphy J. Foster* for plaintiff in error. *Mr. Walter Guion* and *Mr. F. C. Zacharie* for defendant in error.

---

No. 83. Val Marciniak, Plaintiff in Error, *v.* The State of Minnesota. In error to the Supreme Court of the State of Minnesota. Argued December 17, 1907. Decided December 23, 1907. *Per Curiam.* Judgment affirmed with costs. *Natal v. Louisiana,* 139 U. S. 623; *Wilson v. North Carolina,* 169 U. S. 586; *Hamblin v. Western Land Company,* 147 U. S. 531. *Mr. Ernest S. Cary* and *Mr. Anson B. Jackson* for plaintiff in error. *Mr. A. C. Finney* and *Mr. Frank Healy* for defendant in error.